KARL SCHAFFER, complainant,

*v.*

WARREN W. HURD et al., defendants.

[Determined June 18th, 1924.]

**Mortgages—Foreclosure—Vacation of Order for Purpose of Protecting Right of Petitioner—Question of Procedure by Petition or Bill of Review.**

On petition to open decree.

*Mr. Albert C. Abbott* and *Messrs. Cole & Cole,* for the petitioner (defendant).

*Contra, Messrs. Thompson & Hanslein* and *Mr. Merritt Lane,* for the complainant.

INGERSOLL, V. C.

The original bill in this cause was for the foreclosure of a tax title to a large number of tracts of land in Atlantic City, and resulted in the entry of a final decree on July 6th, 1922.

On September 25th, 1923, the defendant Warren W. Hurd filed his petition praying that the "decree heretofore entered * * * be vacated or opened, to the end that the right of redemption of petitioner be preserved and his interest protected."

Objection is made that this result cannot be obtained by a petition, but that the petitioner must proceed, if at all, by a bill of review.

Vice-Chancellor Leaming, in *Boyer* v. *Boyer, 77 N. J. Eq. 144*, states the law to be:

"After the period for appeal has expired, or after an appeal has been taken and the decree affirmed, the court of chancery cannot entertain a petition to open the decree. Such decree can be challenged only by bill of review."

I cannot find that this statement has been criticised or modified, and it must be accepted as existing law.

The testimony presented would indicate grave doubt of the giving of proper notices, but without expressing an opinion as to the merits, I will advise an order dismissing the order to show cause, unless within ten days further motions be made.